1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
        Federal Building Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California
6       Tel. 213 894-6117
        FAX:  213 894-7819
7       Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant MICHAEL J. ASTRUE,
   Commissioner of Social Security
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

12

13 | DONNA WRIGHT,                    )  EDCV 08 0933 VBK
                                      )
14 |     Plaintiff,                   )  **JUDGMENT OF REMAND**
                                      )
15 |     v.                           )
                                      )
16 | MICHAEL J. ASTRUE, Commissioner  )
   | of Social Security,              )
17 |                                  )
   |     Defendant.                   )
18 |_____)

19     The Court having approved the parties' stipulation to remand this case
20 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
21 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
22 entered for Plaintiff.

23

24 DATED:  March 19, 2009
25
                                              /s/
26                                      _____
                                        VICTOR B. KENTON
27                                      UNITED STATES MAGISTRATE JUDGE
28

-1-